# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

SEAN G. GOFORTH                                                CASE NO. 06-00454-EE

## RULE 3011 LIST
## OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW, J. Stephen Smith**, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Janet G. Byars | c/o Kendra Lee-Lindsey, Esq.<br>5352 Executive Pl. Ste. 1<br>Jackson, MS 39206 | $11,551.71 |

That the check was made payable to Ms. Byars and sent to her attorney's office at the address listed above, on February 25, 2008, as the Trustee did not have an address for Ms. Byars. The check was never cashed. The Trustee stopped payment on the check.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: 6/13/08

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

    I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

    Ms. Janet Byars
    c/o Kendra Lee-Lindsey, Esq.
    5352 Executive Pl. Suite 1
    Jackson, MS 39206

    United States Trustee
    100 West Capitol Street
    Suite 706
    Jackson, MS  39269-1602

**SO CERTIFIED** this the ____ day of _____, 2008.

                                                          _____
                                                          EILEEN N. SHAFFER

2